IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL ROY WITUCKI, SR.,** | : | Civil No. 1:04-cv-0169 |
| Petitioner, | : | |
| v. | : | |
| **SUPERINTENDENT EDWARD J. KLEM, ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,** and **JOHN F. COWLEY,** | : | |
| Respondents. | : | Judge Sylvia H. Rambo |

# **O R D E R**

**AND NOW**, this 5th day of December, 2017, **IT IS HEREBY ORDERED** as follows:

1) The motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)(6) is **DENIED**.

2) This court declines to issue a certificate of appealability as any appeal from this order is deemed frivolous for the reasons stated in the accompanying memorandum.

3) The Clerk of Court shall close this file.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge